**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

POLAR TANK TRAILER, INC.,
a Minnesota corporation,

Plaintiff,

v.

MICHAEL J. WEIGELT,

Defendant.

CIVIL 00-379 (JRT/RLE)

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

---

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B),

**IT IS HEREBY ORDERED** that plaintiff's motion for temporary injunction [Docket No. ], is referred to the Honorable Raymond L. Erickson, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for plaintiff is directed to contact Vicki Miller, calendar clerk for Magistrate Judge Erickson, to schedule a hearing on the motion.

Dated: March 16, 2000.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED MAR 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK