UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Polar Tank Trailer, Inc.,
a Minnesota corporation,

Plaintiff,

vs. ORDER

Michael J. Weigelt,

Defendant. Civ. No. 00-379 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, it is --

ORDERED:

That Polar's Motion for a Temporary Injunction [Docket No. 3] is denied.

BY THE COURT:

[signature]

Judge John R. Tunheim
United States District Court

DATED: June 15, 2000
At Minneapolis, Minnesota

FILED JUN 1 5 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________