UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Polar Tank Trailer, Inc.,
a Minnesota corporation,

Plaintiff,

CIVIL FILE NO. 00-379JRT/RLE

vs.

Michael J. Weigelt,

Defendant.

---

**ORDER OF DISMISSAL**

---

This matter is before the Court on the Plaintiff's Motion For Dismissal pursuant to Federal Rules of Civil Procedure Rule 41(a)(2). This matter was presented to the Court without oral argument, and after a review of the file, records, and proceedings herein, it is

ORDERED, that the above-entitled matter is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2) with no costs or disbursements to be awarded to any party to this action.

Dated this 18th day of December, 2000.

BY THE COURT

John R. Tuinheim
Judge of United States District Court

F:\DATA\lt\28798\tm110900ord.wpd

FILED DEC 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______